IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARY IVEN KNUDTSON, #330859,           *
       Petitioner,
                                                        *

     v.                                                                        CIVIL ACTION NO.  JFM-06-285
                                                        *

ANNE ARUNDEL CURCUIT COURT,
       Respondent.                                     *
                                                      ******

**MEMORANDUM**

       The above-captioned action was filed with this court on February 1, 2006.  Petitioner states that he is involved in a child custody case in the Circuit Court of Maryland for Anne Arundel County.  He states that the court is knowingly misleading him, discouraging him from pursuing his case, and denying him due process.  Paper No. 1.  He asks that this court "assist in establishing the rules that apply to [him]....."  He states that he is indigent with no means for obtaining representation.  *Id.*  Petitioner has filed a Motion for Leave to Proceed in Forma Pauperis (Paper No. 2), which shall be granted  pursuant to 28 U.S.C. § 1915(a).

       Because petitioner seeks to compel a certain action by the state and/or its agents, the court concludes  that the present matter is in the nature of a writ of mandamus. *See* 28 U.S.C. § 1361. Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner.  However, this federal district court has no mandamus jurisdiction over state employees and cannot compel the Maryland state courts to provide petitioner an attorney, or take any other action in his custody case.  *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586,

586-87 (4th Cir. 1969). Therefore, petitioner's request for mandamus relief shall be denied.[1]

A separate Order shall be entered reflecting the Opinion set forth herein.

February 7, 2006  /s/
  Date  J. Frederick Motz
  United States District Judge

---

[1] To the extent that the complaint is construed as a civil rights complaint, it is also subject to dismissal. Under the Eleventh Amendment to the United States Constitution, a state, its agencies and departments are immune from suits in federal court brought by its citizens or the citizens of another state, unless it consents. *See Penhurst State School and Hospital v. Halderman*, 465 U. S. 89, 100 (1984). While the State of Maryland has waived its sovereign immunity for certain types of cases brought in state courts, *see* Md. State Gov't Code Ann., § 12-202(a), it has not waived its immunity under the Eleventh Amendment to suit in federal court. Thus, Mr. Knudtson's complaint against the Anne Arundel County Circuit Court is barred by the Eleventh Amendment